**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-22957-CIV-HIGHSMITH
Magistrate Judge P.A. White

JUAN B. FERNANDEZ,

    Plaintiff,

v.

METRO DADE POLICE DEPARTMENT,
OFFICER RADAMES PEREZ, AND
OFFICER NOEL RODRIGUEZ,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

THIS CAUSE is before the Court for review of United States Magistrate Judge Patrick A. White's Report and Recommendation (the "R&R") [**DE 65**] concerning Plaintiff's proposed Fifth Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983 [**DE 57**], and Defendants' Motion to Strike Fifth Amended Complaint [**DE 60**]. Magistrate Judge White construed the filing of the Fifth Amended Complaint as an implied motion for leave to file a Fifth Amended Complaint, and recommended that the implied motion be denied, that the Fifth Amended Complaint be dismissed, and that the Defendants' Motion to strike be granted. There have been no objections to the R&R.

After a careful de novo review of the R&R, the case file, and the pertinent authorities, the Court concurs with Magistrate Judge White's findings and analysis and hereby **ADOPTS** the R&R in its entirety. Accordingly, it is

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**ORDERED AND ADJUDGED** that the Plaintiff's implied motion for leave to file Fifth Amended Complaint [DE 57] be DENIED; that the Fifth Amended Complaint [DE 57] be DISMISSED; and that the Defendants' Motion to Strike the Fifth Amended Complaint [DE 60] be GRANTED.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 9th day of July 2008.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:  Juan B. Rodriguez, Pro Se
     Magistrate Judge White
     Counsel of Record