```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 06-22957-CIV-MARTINEZ
                                    MAGISTRATE JUDGE P.A. WHITE
JUAN B. FERNANDEZ,              :

        Plaintiff,              :

v.                              :   REPORT THAT CASE IS
                                       READY FOR TRIAL
METRO-DADE POLICE DEPT., et al.,:

        Defendants.             :
```

In this case, after prior Reports (DE#s 10, 24, 31, 41, 65) and Orders thereon (DE#s 11, 43, 44, 51, 71) the *pro se* civil rights complaint pursuant to 42 U.S.C. §1983 complaint, as amended, remained pending against three Miami-Dade Policemen: Officer Ramades Perez [Badge 4982], Officer Noel Rodriguez [Badge 5598], and Sgt. Roberto Perez [Badge 2437]. Upon review of the record, a separate Report has been entered this date recommending that the defendants' joint motion for summary judgment be granted, in part, and denied, in part. It recommends that as to the plaintiff's Fourth Amendment claim relating to probable cause for his arrest, and his related claim of malicious prosecution, and as to uses of force prior to or during handcuffing, the defendants' join motion be granted. It further recommends that as to claims of post-restraint uses of force raised against Ramades Perez and Noel Rodriguez, and claims of denied and/or delayed medical care raised against Roberto Perez, the defendants' joint motion be denied.

The plaintiff and defendants have filed their respective unilateral pretrial statements (DE#s 70 and 76). The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c).

It is therefore respectfully recommended that this case be placed on the trial calendar of the District Judge.

Dated: January 22nd, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Jose E. Martinez,
    United States District Judge

Juan B. Fernandez, Pro Se
DC# 395380
Everglades Correctional Institution
P. O. Box 949000
Miami, FL 33194-9000

Dennis A. Kerbel, Esquire
Assistant County Attorney
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128